UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| | : | |
| v. | : | VIOLATION: |
| | : | |
| EMERSON VINCENT BRIGGS | : | 18 U.S.C. § 2252A(a)(2)(A) |
| Defendant | : | (Receipt of Child Pornography) |

# I N F O R M A T I O N

The United States of America charges that:

## COUNT ONE
(Receiving Child Pornography)

Between on or about November 1, 2005, and on or about April 24, 2006, within the District of Columbia, and elsewhere,

EMERSON BRIGGS,

defendant herein, did knowingly receive and attempt to receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported in interstate or foreign commerce, including but not limited to:

"Best_(Hussyfan) (pthc) (r@ygold) (babyshivid) 11yo Hana anal.mpg"
"(Pthc) 5Yo Kelly - Trying Fuck.mpg"

**(Receipt of Child Pornography, in violation of Title 18, United States Code, Section 2252A(a)(2)(A)).**

FOR THE UNITED STATES

ANDREW G. OOSTERBAAN
Chief, Child Exploitation and Obscenity Section
U.S. Department of Justice, Criminal Division
Washington, D.C.


By: _____
WENDY WALDRON
Trial Attorney
July ____, 2008          Child Exploitation and Obscenity Section