NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.                                    Criminal Number  1:08-CR-215-CKK

**EMERSON V. BRIGGS**
(Defendant)

TO:    NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA              ☒ RETAINED              ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Mark J. Hulkower,  D.C. Bar No. 400463
_(Attorney & Bar ID Number)_

STEPTOE & JOHNSON LLP
_(Firm Name)_

1330 Connecticut Ave. N.W.
_(Street Address)_

Washington, DC  20036
_(City)        (State)        (Zip)_

(202) 429-6221
_(Telephone Number)_