IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                      )
UNITED STATES OF AMERICA          )
                                                      )
v.                                                   )         No. 1:08-CR-215-CKK
                                                      )
EMERSON V. BRIGGS,                    )
             Defendant.                      )
_____)

ORDER

Having considered the Defendant's Expedited Unopposed Motion to Continue the Arraignment Date, and in light of the lack of opposition thereto, it is HEREBY ORDERED that:

1. The aforesaid motion is GRANTED; and

2. The Clerk shall re-set the arraignment and plea hearing for September ___, 2008, at _____ a.m. / p.m., before District Judge Kollar-Kotelly.

_____
The Hon. Colleen Kollar-Kotelly
United States District Judge

Dated: _____
Washington, D.C.

Copies to:

Wendy R. Waldron
United States Department of Justice
Criminal Division
1400 New York Avenue N.W.
Suite 1600
Washington, D.C.  20005
(202) 305-0990
*Counsel for the United States*

- 2 -

Mark J. Hulkower
Bruce C. Bishop
Steptoe & Johnson LLP
1330 Connecticut Ave. N.W.
Washington, D.C.  20036
(202) 429-3000
*Counsel for Defendant Emerson V. Briggs*

- 2 -