IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:08-CR-215-CKK |
| ) | |
| EMERSON V. BRIGGS, ) | |
| Defendant. ) | |

**NOTICE OF FILING OF PROPOSED ORDER**

Please take notice of the filing of the attached Proposed Order regarding Defendant's Expedited Unopposed Motion to Continue the Arraignment Date (Dkt. 3), which was filed Friday, August 1.

The Proposed Order was originally filed along with a notice immediately after the filing of the motion on August 1 (Dkt. 4). Pursuant to a notice of error from the Clerk, we respectfully re-file the Proposed Order with a corrected notice of filing.

Respectfully submitted,

/s/ Mark J. Hulkower
Mark J. Hulkower, No. 400463
Bruce C. Bishop, No. 437225
STEPTOE & JOHNSON LLP
1330 Connecticut Ave. NW
Washington, D.C. 20036
(202) 429-3000
*Counsel for Defendant Emerson V. Briggs*

August 6, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                          )<br>)<br>EMERSON V. BRIGGS,            )<br>      Defendant.                     )<br>_____) | No. 1:08-CR-215-CKK/AK |

ORDER

Having considered the Defendant's Expedited Unopposed Motion to Continue the Arraignment Date, and in light of the lack of opposition thereto, it is HEREBY ORDERED that:

1. The aforesaid motion is GRANTED; and

2. The Clerk shall re-set the arraignment and plea hearing for September ___, 2008, at _____ a.m. / p.m., before District Judge Kollar-Kotelly.

_____

Dated: _____
Washington, D.C.

Copies to:

Wendy R. Waldron
United States Department of Justice
Criminal Division
1400 New York Avenue N.W.
Suite 1600
Washington, D.C. 20005
(202) 305-0990
*Counsel for the United States*

- 2 -

Mark J. Hulkower
Bruce C. Bishop
Steptoe & Johnson LLP
1330 Connecticut Ave. N.W.
Washington, D.C. 20036
(202) 429-3000
*Counsel for Defendant Emerson V. Briggs*