IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:08-CR-215-CKK/AK |
| ) | |
| EMERSON V. BRIGGS, ) | |
| Defendant. ) | |

**FILED**

AUG - 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Having considered the Defendant's Expedited Unopposed Motion to Continue the Arraignment Date, and in light of the lack of opposition thereto, it is HEREBY ORDERED that:

1. The aforesaid motion is GRANTED; and

2. The Clerk shall re-set the arraignment and plea hearing for September 8, 2008, at 9:00 a.m. ~~p.m.~~, before District Judge Kollar-Kotelly.

_____
Colleen Kollar-Kotelly

Dated: 8/7/08
Washington, D.C.

Copies to:

Wendy R. Waldron
United States Department of Justice
Criminal Division
1400 New York Avenue N.W.
Suite 1600
Washington, D.C. 20005
(202) 305-0990
*Counsel for the United States*

Mark J. Hulkower
Bruce C. Bishop
Steptoe & Johnson LLP
1330 Connecticut Ave. N.W.
Washington, D.C. 20036
(202) 429-3000
*Counsel for Defendant Emerson V. Briggs*